# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Christine Ekalliipse Mouloki

                          Plaintiff,

v.                                         Case No.: 1:14–cv–05532
                                                  Honorable Virginia M. Kendall

Marie Paule Epee, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Plaintiff Christine Ekalliipse Mouloki for extension of time *to serve defendants and for alternative service*[13] to 5/12/2015. Motion hearing set for 2/25/2015 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.