# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Christine Ekalliipse Mouloki

                      Plaintiff,

v.                                         Case No.: 1:14–cv–05532
                                                    Honorable Virginia M. Kendall

Marie Paule Epee, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants Motion for judgment [225] is denied for reasons as stated in open Court on 7/14/2017. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.