## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Christine Ekalliipse Mouloki,

Plaintiff(s),

v.

Marie Paule Epee and Eric Ngado Epee,

Defendant(s).

Case No. 14 C 5532
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒     other: The Court rules as follows: Defendants Motion to Vacate the July 28, 2017 Order [247] is granted. Plaintiff's Motion to Amend the Judgment [236] is granted in part to add the award of damages determined by the Jury in the total amount of $156,688.00 ($75,460.00 in unpaid wages for violations of the FLSA; $75,460.00 in liquidated damages for violations of the FLSA; $0.00 in damages for violations of the Wage Act; $786.00 in damages for conversion; and $5,000.00 in damages for unjust enrichment) against Defendants jointly and severally; Plaintiff's Motion for Attorneys' Fees [261] in the reduced amount of $460,829.28 is granted; and Plaintiffs Bill of Costs [245] in the amount of $11,345.90 is granted.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date:   6/15/2018            Thomas G. Bruton, Clerk of Court

                                      /s/ Lynn Kandziora, Deputy Clerk