IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF,
ILLINOIS

Christine Ekallipse Mouloki

　　　　　　　　　　　　　Plaintiff

v.

Marie Paule Epee and Eric Ngando Epee

　　　　　　　　　　　　　Defendant

Recorder's Stamp

Case No. 14 CV 5532

## RELEASE (SATISFACTION) OF JUDGMENT

Christine Ekallipse Mouloki _____, the ■ Judgment Creditor ☐ Assignee of Record

and Orrick, Herrington & Sutcliffe LLP _____, having received full satisfaction
　　　　　(Legal Representative)

_____ and payment, releases the

judgment entered on __6/15/18__, against defendants Marie Paule Epee and Eric Ngando Epee

for $ __628,863.18__ and the 6/27/17 award for $19,290.20.

225 Ivy Court, Streamwood, IL 60107
　　　Address of Judgment Debtor

signed: *Christine Ekalli* (Christine Ekallipse Mouloki)

signed: _____
Counsel

Johanna Jacob, Orrick, Herrington & Sutcliffe, LLP
　　　　Attorney of Record

Atty. Name: Henderson Parks, LLC
Atty. for: Defendants
Address: 140 S. Dearborn St., Suite 1020
City: Chicago　　　　State: IL
Zip: 60603
Telephone: 312-262-2905
Primary Email: vphenderson@henderson-parks.com
Secondary Email: _____
Tertiary Email: _____